No. 97–1904. MOLL v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 97–1905. CITY OF ROSEBURG v. ROHDE. C. A. 9th Cir. Certiorari denied.

No. 97–1906. WADE v. COLLEGE. C. A. 5th Cir. Certiorari denied.

No. 97–1910. ZIEMKE ET AL. v. ALMOG ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–1911. WEAVER ET AL. v. PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 3d Cir. Certiorari denied.

No. 97–1912. WIRTZ, EXECUTRIX OF THE ESTATE OF WHITLEY, ET AL. v. SWITZER. Sup. Ct. Miss. Certiorari denied.

No. 97–1915. FRAHM ET AL. v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–1916. HARPER v. UNION PACIFIC RAILROAD CO. ET AL. Sup. Ct. Mo. Certiorari denied.

No. 97–1917. BUCHBINDER ET UX. v. FRANCHISE TAX BOARD OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1918. FROMSON v. ANITEC PRINTING PLATES, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 97–1919. BECKHAM ET AL. v. UNION PACIFIC RAILROAD CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1920. KILLIAN v. PROVIDENT LIFE & ACCIDENT INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 97–1921. CUEVAS-SEGARRA ET AL. v. CONTRERAS. C. A. 1st Cir. Certiorari denied.